■ In the Matter of SHAWN CAMPBELL, Appellant, v TISHA CAMPBELL, Respondent. [864 NYS2d 372]—Appeal from an order of the Family Court, Wyoming County (Mark H. Dadd, J.), entered January 25, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner visitation with his children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Martoche, J.P., Lunn, Fahey and Pine, JJ.

■ In the Matter of JULIA R., an Infant. ORLEANS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JEFF R., Appellant, et al., Respondent. (Appeal No. 1.) [864 NYS2d 373]—Appeal from an order of the Family Court, Orleans County (James P. Punch, J.), entered April 30, 2007 in a proceeding pursuant to Family Court Act article 10. The order, insofar as appealed from, placed the child in the care and custody of petitioner for a period of one year.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: In appeal No. 1, respondent father appeals, as limited by his brief, from that part of an order of fact-finding and disposition that placed his child in the care and custody of petitioner for a period of one year. In appeal No. 2, the father appeals from an order continuing the child's placement with petitioner until the completion of a permanency hearing in December 2007. The appeals must be dismissed inasmuch as the respective periods of placement have expired (*see Matter of Julia R.,* 52 AD3d 1310 [2008]). Present—Martoche, J.P., Lunn, Fahey and Pine, JJ.